IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SOUTH FLORIDA INJURY CENTERS,
INC. A/A/O ERA MARSHALL,

     Appellant,

 v.

Case No. 5D21-630
LT Case No. 2020-37038 COCI

PROGRESSIVE AMERICAN
INSURANCE COMPANY,

     Appellee.
_____/

Decision filed August 23, 2022

Appeal from the County Court
for Volusia County,
Belle B. Schumann, Judge.

Chad A. Barr, of Chad Bar Law,
Altamonte Springs, for Appellant.

Kenneth P. Hazouri, of deBeaubien,
Simmons, Knight, Mantzaris &
Neal, LLP, Orlando, for Appellee.


PER CURIAM.

    AFFIRMED.

EVANDER, EISNAUGLE and NARDELLA, JJ., concur.